NOT PRECEDENTIAL

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

———————

No. 09-4420

———————

UNITED STATES OF AMERICA

v.

KEVIN LAMARR BETHEA,

Appellant

———————

On Appeal from the United States District Court
for the Middle District of Pennsylvania
(D.C. No. 3-03-cr-00089-001)
District Judge:  Honorable Christopher C. Conner

———————

Submitted Pursuant to Third Circuit LAR 34.1(a)
July 16, 2010

Before:  FUENTES and VANASKIE, *Circuit Judges*, and DITTER,[*] *District Judge*.

(Filed: September 9, 2010)

———————

ORDER AMENDING OPINION AND JUDGMENT

———————

**IT IS HEREBY ORDERED** that the Opinion and Judgment filed in this

———————

[*]Honorable J. William Ditter, Jr., Senior United States District Judge for the
Eastern District of Pennsylvania, sitting by designation.

case on September 9, 2010, be amended to correct the name of the district court judge from Honorable Joel A. Pisano to Honorable Christopher C. Connor.

For the Court,

/s/ Marcia M. Waldron
Clerk

Dated: 16 September 2010